# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ALBERT UNGER,**

    Petitioner,

-vs-

**J. S. WALTON,**

    Respondent.             No. 12-cv-1180-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on November 26, 2013, the Report and Recommendation of Magistrate Judge Donald G. Wilkerson is adopted in its entirety. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DENIED** and the claims are **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                              BY:  s/*Sara Jennings*
                                         Deputy Clerk

**DATED:** November 26, 2013

Digitally signed by David R. Herndon
Date: 2013.11.26 15:11:30 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT